1 PHILLIP A. TALBERT
United States Attorney
2 MATHEW W. PILE, WSBN 32245
Associate General Counsel
3 Office of Program Litigation, Office 7
Social Security Administration
4 MICHAEL J. MULLEN, WSBN 54288
5 Special Assistant United States Attorney
6401 Security Boulevard
6 Baltimore, Maryland 21235
7 Telephone: (206) 615-3703
E-Mail: michael.j.mullen@ssa.gov
8 Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN THOMAS JEFFRIES,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | CIVIL NO. Case 1:23-cv-00955-JLT-GSA<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS STIPULATED by and between Plaintiff and Defendant, the Commissioner of Social Security, through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to offer Plaintiff the opportunity for a new administrative hearing and to re-evaluate the evidence of record. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

STIPULATION TO REMAND

Dated: January 19, 2024

/s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorney for Plaintiff
*Authorized via e-mail on January 19, 2024

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By: /s/ Michael J. Mullen
MICHAEL J. MULLEN
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Pursuant to stipulation, this case is remanded to the Commissioner for further proceedings per sentence four of 42 U.S.C. 405(g).  Judgment is directed for Plaintiff.

IT IS SO ORDERED.

Dated: **January 22, 2024**            /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE